Anthony I. Paronich
*Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

*Attorneys for plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>AMP FIT, INC.<br><br>*Defendant.* | Case No. 5:25-cv-05656-EJD |

## JOINT STIPULATION AND TO TRANSFER VENUE TO THE
## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

Plaintiff Chet Michael Wilson and Defendant Amp Fit, Inc. (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1.      Plaintiff alleges that he received the subject text messages in Oregon to a cellular number with an Oregon area code. Plaintiff resides in Oregon, and the alleged harm occurred there. Thus, "a substantial part of the events or omissions giving rise to the claim" occurred in Oregon. See 28 U.S.C. § 1391(b)(2).

2.      Section 1404(a) permits a district court to transfer an action to any district or division where it might have been brought "[f]or the convenience of parties and witnesses, in the interest of justice." The convenience factors here favor transfer:

- 1 -

o    Plaintiff resides in Oregon and alleges he received the challenged messages there. Litigating in Oregon will reduce Plaintiff's burden and align the forum with the locus of his claims.

o    The District of Oregon has a strong interest in adjudicating alleged violations of the Telephone Consumer Protection Act directed at its residents. Transferring will also conserve judicial resources by placing the case in the district with the closest connection to the operative facts.

3.    Pursuant to 28 U.S.C. § 1404(a), the Parties jointly request that this Court transfer this action to the United States District Court for the District of Oregon in the interest of justice and for the convenience of the Parties and potential witnesses.

4.    By entering into this Stipulation, no Party waives any claim, defense, or argument not expressly resolved herein.

RESPECTFULLY SUBMITTED AND DATED this September 22, 2025

By:

/s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

/s/ Aaron Belzer
Aaron Belzer (SBN 238901)
E-mail:  abelzer@seyfarth.com
2029 Century Park E, Suite 3500
Los Angeles, California 90067
Telephone:    (310) 277-7200
Facsimile:    (310) 201-5219

- 2 -