Anthony I. Paronich
*Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

*Attorneys for plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>AMP FIT, INC.<br><br>    *Defendant.* | Case No. 5:25-cv-05656-EJD |

**[PROPOSED] ORDER ON JOINT STIPULATION AND TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON**

Having considered the Parties' Joint Stipulation to Transfer Venue and good cause appearing, IT IS HEREBY ORDERED that:

1. Pursuant to 28 U.S.C. § 1404(a), this action is TRANSFERRED to the United States District Court for the District of Oregon.

2. The Clerk shall transfer the file and close this case on the docket of the Northern District of California.

IT IS SO ORDERED.

Dated: _____, 2025

_____
Hon. Edward J. Davila
United States District Judge

[PROPOSED] ORDER ON JOINT STIPULATION TO TRANSFER VENUE
*Wilson v. Amp Fit, Inc.*, Civil Action No, 25-cv-5656